UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARTHUR REINBERGER,

    Plaintiff,

v.                                          **Case #: 8:17-cv-683-T-36-TBM**

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

    Defendants.
_____/

## NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE CLOSURE

    The Plaintiff, Arthur Reinberger, by and through his undersigned attorney, hereby advises the court that the parties have reached an amicable settlement in principle. The parties have not consummated a resolution of this case, and the Plaintiff requests that the court administratively close this matter for 60 days pending a resolution of all paperwork related to the parties' settlement agreement.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on **August 2, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Brooke C. Juan, Esquire, Quintairos, Prieto, Wood & Boyer, P.A., and I further certify that I mailed the foregoing and notice of electronic filing to the following non-CM/ECF participant: *N/A*.

                                            **s/ William C. Demas**
                                            WILLIAM C. DEMAS, ESQUIRE
                                            Florida Bar #: 0142920
                                            Attorney for Plaintiff and Trial Counsel
                                            TUCKER & LUDIN, P.A.
                                            5235 16th Street North
                                            St. Petersburg, FL 33703
                                            Tel.:   (727) 572-5000
                                            Fax:   (727) 571-1415
                                            demas@tuckerludin.com