UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARTHUR REINBERGER,

    Plaintiff,

v.     Case #: 8:17-cv-683-T-36-TBM

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

It is stipulated by and between the undersigned parties to the above-entitled action, by and through their respective attorneys of records that the action be dismissed with prejudice and that an Order be entered without further notice.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **August 25, 2017**, I electronically filed the foregoing to the Clerk of the U.S. District Court, Middle District of Florida, for filing and uploading to the CM/ECF system, I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: n/a.

| s/ William C. Demas | s/ Brooke C. Juan |
|---|---|
| WILLIAM C. DEMAS, ESQUIRE | BROOKE C. JUAN, ESQUIRE |
| Florida Bar #: 0142920 | Florida Bar #:332940 |
| Attorney for Plaintiff | Attorney for Defendant |
| TUCKER & LUDIN, P.A. | QUINTAIROS, PRIETO, WOOD & |
| 5235 16th Street North | BOYER, P.A. |
| St. Petersburg, FL  33703 | 1410 N. Westshore Blvd. Suite 200 |
| Tel.:   (727) 572-5000 | Tampa, FL 33607 |
| Fax:   (727) 571-1415 | Tel:   (813) 286-8818 |
| demas@tuckerludin.com | Fax:   (813) 286-9998 |
|  | bjuan@gpwblaw.com |

- 1 -